# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 1:11-cv-01188-WJM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ROCKY MOUNTAIN PIPELINE SYSTEM, LLC,
WESTERN CONVENIENCE STORES, INC.,
and OFFEN PETROLEUM, INC.

      Defendants.

_____

### ORDER GRANTING UNOPPOSED MOTION TO ENTER CONSENT DECREE
_____

This matter comes before the Court on Plaintiff's Unopposed Motion to Enter Consent Decree Under the Clean Air Act, filed on June 30, 2011 (ECF No. 12).  The Court having considered the Motion, reviewed the proposed Consent Decree and record, and being otherwise fully advised, hereby ORDERS as follows:

The Unopposed Motion to Enter Consent Decree Under the Clean Air Act is **GRANTED**.  The proposed Consent Decree (ECF No. 2-1) filed with the Court on May 4, 2011 has been executed by the Court on this day and shall be deemed entered and effective as of this day.

It is further **ORDERED** that the Clerk of this Court shall forthwith terminate this action provided, however, that nothing herein shall affect the terms of the Consent Decree entered this day, and that this Court retains jurisdiction to enforce the terms of

the Consent Decrees as entered.

Dated this 12th day of July, 2011.

BY THE COURT:

*[signature]*

William J. Martínez
United States District Judge