## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 1:11-cv-01188-WJM-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ROCKY MOUNTAIN PIPELINE SYSTEM, LLC,
WESTERN CONVENIENCE STORES, INC.,
and OFFEN PETROLEUM, INC.

        Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONSENT DECREE**
_____

This matter comes before the Court on Plaintiff's Unopposed Motion to Modify Consent Decree filed October 5, 2011 (ECF No. 16). The Court having reviewed the Motion, the corresponding Exhibit 1, and being otherwise fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Modify Consent Decree is GRANTED. It is FURTHER ORDERED that Exhibit 1 to the said motion shall be substituted for Appendix A as the terms of the Consent Decree's mitigation project.

Dated this 11th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge